IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.                             CASE NO. 5:09cr30/RS-CJK
                                         5:11cv253/RS-CJK

MILFORD VICKERS,

       Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 497). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Amended Motion To Vacate, Set Aside, Or Correct Sentence (Doc. 477) is **denied**.

3. A certificate of appealability is **denied**.

4. The clerk is directed to close the file.

**ORDERED** on April 11, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**